IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS' UNION LOCAL #441, HEALTH and WELFARE FUND, et al.,** | \* <br> \* <br> \* <br> \* |
| Plaintiffs, | \* |
| v. | \* Case No.: 1:11-cv-00191-WS-M <br> \* |
| **ACE FABRICATION, INC. and WILLIAM F. STEWART, III, and ROBIN C. STEWART, individually,** | \* <br> \* <br> \* <br> \* |
| Defendants. | \* |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, James Rebarchak, one of the attorneys for the Defendants in the above-styled cause, and moves this Honorable Court to withdraw as counsel for the Defendants.  As ground therefore, the Defendants' counsel shows into this Honorable Court as follows:

1.  The Defendants have recently discovered a conflict which cannot be waived.

2.  The Defendants' counsel has informed the defendants of same and they have agreed to find other counsel.

WHEREFORE, these premises considered, the Defendants move this Honorable Court to grant their motion to withdraw as counsel for the Defendants in the above-styled cause.

{MB025844.1}

                                              Respectfully submitted,

                                              /s/James Rebarchak
                                              James Rebarchak (REBAJ2308)
                                              Kirkland E. Reid (KREID9451)
                                              Attorneys for Defendants

OF COUNSEL:

Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre, L.L.P.
Post Office Box 46
Mobile, Alabama 36601
(251) 439-7513

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of May 2011, I electronically filed the foregoing via the CM/ECF system, which will send notification to:

Allison S. Kahalley
Kimberly Calametti Walker
The Gardner Firm
P.O. Box 3103
Mobile, Alabama  36652
akahalley@thegardnerfirm.com

                                              /s/James Rebarchak
                                              James Rebarchak

{MB025844.1}