IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHEET METAL WORKERS' UNION** ) | |
| **LOCAL #441, HEALTH AND WELFARE** ) | |
| **FUND,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION 11-0191-WS-M** |
| ) | |
| **ACE FABRICATION, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on defendants' Motion for Extension of Time to Answer Complaint (doc. 10). In particular, defendants request a 10-day enlargement of time for filing answers or other responsive pleadings, on the grounds that defendants' business has been shut down, they have only recently obtained legal counsel, and they require an additional 10 days to prepare an appropriate responsive pleading. The Court observes that defendants' counsel of record did not file Notices of Appearance (docs. 8, 9) until this morning, suggesting that they have indeed been newly retained in this matter.

For cause shown, and given the disfavored status of defaults and the absence of any prejudice to the opposing parties, the Court hereby **grants** the Motion for Extension of Time (doc. 10), pursuant to Rule 6(b), Fed.R.Civ.P. Defendants' answer(s) or Rule 12(b) motion(s) must be filed on or before **May 31, 2011**.

DONE and ORDERED this 19th day of May, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE