Case 1:11-cv-00191-WS—M Document 1 Filed 04/20/11

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

SHEET METAL WORKERS' UNION
LOCAL #441 HEALTH AND WELFARE
FUND AND ROBERT GORAM,
ROBERT PAYNE, CHRISTOPHER
COOK and JOSEPH VALLEE,
in their official capacities as trustees of
the Plan, ROBERT GORAM, ROBERT
PAYNE, and CHRISTOPHER COOK,
In their official capacities as Trustees of
the Plan; and SHEET METAL
WORKERS INTERNATIONAL
ASSOCIATION, LOCAL 441,

       Plaintiffs,

v.                       **CIVIL ACTION NO. 11-191**

ACE FABRICATION, INC., and,
WILLIAM F. STEWART, III,
and ROBIN C. STEWART, individually,

       Defendants.

## ANSWER

Count 1:   **DENIED**

We disagree with the charge that ACE Fabrication has not made welfare contributions on behalf of their employees since March of 2010. Contributions were made on behalf of the employees. We dispute the liquidated damage claim, as well as the 12% interest being charged. All arranged payments on the fund and the current month payments were made through December of 2010.

We dispute the amount of $81,726.53.

Count 2:   **DENIED**

We dispute the months listed where assessments were not sent.
We paid Union Dues for each month in 2010 and 2011.

Count 3:       **DENIED**

I disagree with the complaint filed with this court. The payment amounts were suspended during a labor dispute that resulted in a union walk out.

I do not agree with the monetary amount listed in this claim.

Count 4:       **DENIED**

Date May 13, 2011          _____
                            William F. Stewart, III

                           _____
                            Robin C. Stewart